## MEMORANDUM DECISIONS.

ALBRIGHT, Respondent, v. GLEASON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Edmund L. Albright against Frederick Gleason. No opinion. Motion for leave to appeal to court of appeals denied. Motion for reargument denied, with $10 costs. See 51 N. Y. Supp. 1139.

ALDHOUS, Respondent, v. WILMORE, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by Fredrick Aldhous against James A. Wilmore. C. F. Goddard, for appellant. H. H. Walker, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

AMERICAN SURETY CO., Respondent, v. CROW, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by the American Surety Company against Moses R. Crow, impleaded. F. Bien, for appellant. J. J. Crawford, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 41 N. Y. Supp. 1105, 45 N. Y. Supp. 279, and 49 N. Y. Supp. 946.

ARNOUX v. PHYFE. (Supreme Court, Appellate Division, First Department. May 13, 1898.) Action by William H. Arnoux against Amy C. Phyfe. No opinion. Motion denied, with $10 costs. See 41 N. Y. Supp. 1105, and 44 N. Y. Supp. 1110.

BABCOCK, Respondent, v. CHASE, Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1898.) Action by Harriette Babcock against Eugene A. Chase, as executor, etc., of Christopher Babcock, deceased. No opinion. Judgment and order affirmed, with costs. All concur, except LANDON and HERRICK, JJ., dissenting.

BALDWIN, Respondent, v. FRATERNAL ACC. ASS'N OF AMERICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Israel W. Baldwin against the Fraternal Accident Association of America. No opinion. Judgment affirmed, with costs. See 46 N. Y. Supp. 1016.

BANKS, Plaintiff, v. BROOKLYN HEIGHTS R. CO., Defendant. (Supreme Court, Appellate Division, Second Department. March, 1898.) Action by William A. Banks against the Brooklyn Heights Railroad Company. No opinion. Objections overruled, and judgment unanimously directed for defendant on the dismissal of the complaint at the trial term.

BENNETT, Appellant, v. ONEIDA COUNTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Betsy E. Bennett against Oneida County. No opinion. Judgment affirmed, without costs.

BERMAN v. GAIS et al. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by Lazarus L. Berman against Hannah Gais and others. No opinion. Motion granted, with $10 costs.

BEZER, Respondent, v. HALL SIGNAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 29, 1898.) Action by Henry Bezer against the Hall Signal Company. No opinion. Judgment and order affirmed, with costs, on argument. See 48 N. Y. Supp. 203.

BIGELOW, Appellant, v. DEMOREST. Respondent. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Flora Bigelow against James A. Demorest, impleaded, etc. No opinion. Judgment affirmed, with costs.

In re BIXBY. (Supreme Court, Appellate Division, Third Department. May 10, 1898.) In the matter of the application of George F. Bixby for the removal of George B. Arlington and others from the office of assessors of the town of Plattsburgh, Clinton county, under the provisions of section 25a of the public officers' law. No opinion. Motion denied.

BLISS v. SHERRILL et al. (Supreme Court, Appellate Division, Fourth Department. February, 1898.) Action by Nancy E. Bliss against Charles L. Sherrill, impleaded, etc. No opinion. Motion to amend order granted. See 42 N. Y. Supp. 432, 44 N. Y. Supp. 1110, 49 N. Y. Supp. 561, and 50 N. Y. Supp. 1124.

In re BOARD OF EDUCATION. (Supreme Court, Appellant Division, First Department. May 6, 1898.) In the matter of the board of education. No opinion. Report confirmed. See 48 N. Y. Supp. 1061, and 51 N. Y. Supp. 1139.

In re BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. April 22, 1898.) In the matter of the board of education. No opinion. Reference ordered. See 48 N. Y. Supp. 1061, and 51 N. Y. Supp. 1139.

In re BOARD OF FIRE COM'RS. (Supreme Court, Appellate Division, First Department. April 22, 1898.) In the matter of the board of fire commissioners. No opinion. Notice must be given to remainder-men. and guardian ad litem appointed, if any infants.